1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States
2  Acting under Authority Conferred by 28 U.S.C. § 515

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
   MOLLY K. PRIEDEMAN (CABN 302096)
5  BENJAMIN K. KLEINMAN (NYBN 5358189)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3680
8       FAX: (510) 637-3724
        molly.priedeman@usdoj.gov
9
   Attorneys for United States of America

FILED
Dec 16 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 4:24-cr-00611 AMO |
| Plaintiff, | MOTION FOR SEALING ORDER |
| v. | |
| YIDA GAO, | |
| Defendant. | |

The United States, by and through its counsel, Assistant United States Attorney Molly K. Priedeman, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the Information, and all attachments in the above-referenced case. Disclosure of the specified documents might jeopardize the progress of other ongoing investigations that are neither public nor known to unidentified co-conspirators of the investigations.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its discovery obligations, and with the

| | |
|---|---|
| 1 | FBI and IRS-CI. |
| 2 | DATED:  December 10, 2024                                          Respectfully submitted, |
| 3 | PATRICK D. ROBBINS |
| 4 | Attorney for the United States |

/s/ *Molly K. Priedeman*
MOLLY K. PRIEDEMAN
BENJAMIN K. KLEINMAN
Assistant United States Attorneys