AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
Jan 31 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| UNITED STATES, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:24-cr-00611 AMO |
| YIDA GAO, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 01/31/2025

/s/ Benjamin K. Kleinman
*Attorney's signature*

BENJAMIN K. KLEINMAN (NYBN 5358189)
*Printed name and bar number*

1301 Clay Street, 3rd Floor, Suite 340s
Oakland, CA 94612

*Address*

Benjamin.Kleinman2@usdoj.gov
*E-mail address*

(510) 637-3680
*Telephone number*

(510) 637-3724
*FAX number*