UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***SEALED* CRIMINAL MINUTES**

**Date:** January 27, 2025  **Time:** 4:03 PM – 4:27 PM  **Judge:** ARACELI MARTÍNEZ-OLGUÍN

**Case No.:** 24-cr-00611-AMO-1  **Case Name:** UNITED STATES v. Sealed

**Attorney for Government:** Molly Priedeman
**Attorney for Defendant:** Miles Ehrlich
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Alexis Solorzano Rodriguez    **Reported by:** Marla Knox

**PROCEEDINGS**

Change of Plea hearing held. Plea entered by Yida Gao (1), Guilty on Count(s):1 of the Information. Defendant referred to probation for pre-sentencing report. Referral for Pre-Sentencing Report and Sentencing Hearing deferred to a later date. Status Conference set for 9/8/2025 at 02:00 PM in Courtroom 3, 3rd Floor – Oakland.