```
Miles Ehrlich (SBN 237954)
miles@ehrlich-craig.com
Emily E. Berry (SBN 248008)
emily@ehrlich-craig.com
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600

Attorneys for Defendant Yida Gao
```

**FILED**

August 27, 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>Yida Gao,<br><br>            Defendant. | Case No.: 4:24-cr-00611 AMO<br><br>NOTICE OF APPEARANCE OF COUNSEL BY MILES EHRLICH FOR DEFENDANT YIDA GAO |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Miles Ehrlich of Ehrlich & Craig LLP hereby enters his appearance as counsel of record on behalf of defendant Yida Gao in the above-captioned matter, USA v. Yida Gao, Case No.: 24-cr-00611 AMO. Mr. Ehrlich is admitted to practice in the State of California and before this Court. Ms. Gao requests that all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter be directed and served upon counsel at the addresses below:

```
Miles Ehrlich (SBN 237954)
miles@ehrlich-craig.com
emily@ehrlich-craig.com
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600
Fax: (510) 291-3060
```

This notice does not waive any substantive or procedural defenses in this action.

| | |
|---|---|
| Dated: August 27, 2025 | Respectfully submitted,<br><br>*Miles Ehrlich*<br><br>MILES EHRLICH<br>EMILY BERRY<br>EHRLICH & CRAIG LLP<br><br>Counsel for Yida Gao |

NOTICE OF APPEARANCE - 2 - CASE NO. 4:24-cr-00611 AMO