Miles Ehrlich (SBN 237954)
miles@ehrlich-craig.com
Emily E. Berry (SBN 248008)
emily@ehrlich-craig.com
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600

Attorneys for Defendant Yida Gao

**FILED**

Aug 28 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>Yida Gao,<br>　　　　　　Defendant. | Case No.: 4:24-cr-00611 AMO<br><br>JOINT STIPULATION TO CONTINUE STATUS CONFERENCE |

　　　Defendant entered a plea in this case on January 27, 2025. At the end of the proceeding the parties requested a status conference for September 8, 2025 because the Defendant was providing ongoing cooperation to the government (it appears the September 8, 2025 conference was mistakenly set for a sentencing).

　　　In light of Defendant's continued cooperation, the parties request that court vacate the currently scheduled hearing for September 8, 2025, and set a status conference on November 24, 2025, at which point the parties anticipate they will be in a position to request a sentencing date.

JOINT STIPULATION TO CONTINUE
STATUS CONFERENCE
　　　　　　　　　　　　　　　　　　- 1 -　　　　　　　　　　　　　　　CASE NO. 4:24-cr-00611 AMO

| | | |
|---|---|---|
| 1 | Dated: August 28, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | *Miles Ehrlich* |
| 4 | | MILES EHRLICH |
| 5 | | EMILY BERRY<br>EHRLICH & CRAIG LLP |
| 6 | | Counsel for Yida Gao |
| 7 | | |
| 8 | Dated: August 28, 2025 | *Molly K. Priedman* |
| 9 | | MOLLY K. PRIEDMAN |
| 10 | | DANIEL PASTOR |
| 11 | | Assistant United States Attorneys |

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE — - 2 - — CASE NO. 4:24-cr-00611 AMO