Miles Ehrlich (SBN 237954)
miles@ehrlich-craig.com
Emily E. Berry (SBN 248008)
emily@ehrlich-craig.com
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600

Attorneys for Defendant Yida Gao

FILED

August 28, 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Yida Gao,<br><br>    Defendant. | Case No.: 4:24-cr-00611 AMO<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

Defendant entered a plea in this case on January 27, 2025.  At the end of the proceeding the parties requested a status conference for September 8, 2025 because the Defendant was providing ongoing cooperation to the government (it appears the September 8, 2025 conference was mistakenly set for a sentencing).

In light of Defendant's continued cooperation, the parties request that court vacate the currently scheduled hearing for September 8, 2025, and set a status conference on November 24, 2025, at which point the parties anticipate they will be in a position to request a sentencing date.

1 | Dated: August 28, 2025

Respectfully submitted,

*Miles Ehrlich*

MILES EHRLICH
EMILY BERRY
EHRLICH & CRAIG LLP

Counsel for Yida Gao

Dated: August 28, 2025

*Molly K. Priedman*

MOLLY K. PRIEDMAN
DANIEL PASTOR

Assistant United States Attorneys

**[PROPOSED] ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Yida Gao's sentencing hearing, which is currently set for September 8, 2025, at 11:00 a.m., is vacated and a status conference is set for November 24, 2025 at 2:00 p.m.

IT IS SO ORDERED.

Dated:

THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE — - 3 -   CASE NO. 4:24-cr-00611 AMO