**[PROPOSED] ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Yida Gao's sentencing hearing, which is currently set for September 8, 2025, at 11:00 a.m., is vacated and a status conference is set for ~~November 24, 2025 at 2:00 p.m.~~ November 17, 2025 at 11:00 a.m.

IT IS SO ORDERED.

Dated: September 3, 2025

_____
THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge