Miles Ehrlich (SBN 237954)
miles@ehrlich-craig.com
Emily E. Berry (SBN 248008)
emily@ehrlich-craig.com
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600

Attorneys for Defendant Yida Gao

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Yida Gao,<br>　　　　　Defendant. | Case No.: 4:24-cr-00611 AMO<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

　　　Defendant entered a plea in this case on January 27, 2025. The parties delayed a sentencing date because the Defendant was providing ongoing cooperation to the government.

　　　In light of Defendant's continued cooperation, the parties request that the court vacate the currently scheduled hearing for November 17, 2025, and set a status conference on January 26, 2026, at which point the parties anticipate they will be in a position to request a sentencing date.

Dated: November 13, 2025

Respectfully submitted,

*Miles Ehrlich*

MILES EHRLICH
EMILY BERRY
EHRLICH & CRAIG LLP

Counsel for Yida Gao

Dated: November 13, 2025

*Molly K. Priedman*

MOLLY K. PRIEDMAN
BENJAMIN KLEINMAN

Assistant United States Attorneys

**[PROPOSED] ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Yida Gao's hearing, which is currently set for November 17, 2025, at 10:30 a.m., is vacated and a status conference is set for January 26, 2026 at 10:30 a.m.

IT IS SO ORDERED.

Dated:

THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE - 3 - CASE NO. 4:24-cr-00611 AMO