1  Miles Ehrlich (SBN 237954)
   miles@ehrlich-craig.com
2  Emily E. Berry (SBN 248008)
   emily@ehrlich-craig.com
3  EHRLICH & CRAIG LLP
   803 Hearst Avenue
4  Berkeley, California 94710
   Telephone: (510) 548-3600
5
6  Attorneys for Defendant Yida Gao

7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                             OAKLAND DIVISION

11  UNITED STATES OF AMERICA,           Case No.: 4:24-cr-00611 AMO
                   Plaintiff,
12        vs.                           JOINT STIPULATION AND
                                        [PROPOSED] ORDER TO CONTINUE
13                                      STATUS CONFERENCE
    Yida Gao,
14                 Defendant.
15

16       Defendant entered a plea in this case on January 27, 2025. The parties delayed a sen-
17  tencing date because the Defendant was providing ongoing cooperation to the government.
18       In light of Defendant's continued cooperation, the parties request that the court vacate
19  the currently scheduled hearing for November 17, 2025, and set a status conference on
20  January 26, 2026, at which point the parties anticipate they will be in a position to request a
21  sentencing date.

Dated: November 13, 2025

Respectfully submitted,

*Miles Ehrlich*

MILES EHRLICH
EMILY BERRY
EHRLICH & CRAIG LLP

Counsel for Yida Gao

Dated: November 13, 2025

*Molly K. Priedman*

MOLLY K. PRIEDMAN
BENJAMIN KLEINMAN

Assistant United States Attorneys

## [PROPOSED] ORDER

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Yida Gao's hearing, which is currently set for November 17, 2025, at 10:30 a.m., is vacated and a status conference is set for January 26, 2026 at 10:30 a.m.

IT IS SO ORDERED.

Dated: November 14, 2025

_____
THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge