CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:24-CR-00611-AMO |
|---|---|---|
| Plaintiff, | ) ) ) | UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO UNSEAL THE INFORMATION AND [PROPOSED] ORDER |
| v. | ) ) ) | |
| YIDA GAO, | ) ) ) | |
| Defendant. | ) ) ) ) | |

The United States, through undersigned counsel, respectfully moves this Court to unseal the Information in the above-captioned matter on Tuesday, November 25, 2025. The Federal Bureau of Investigation has completed its investigation, and therefore, it is no longer necessary for the documents to be sealed.

DATED: November 21, 2025

                                                         Respectfully submitted,

                                                         CRAIG H. MISSAKIAN
                                                         United States Attorney

                                                         /s/ Benjamin K. Kleinman
                                                         BENJAMIN K. KLEINMAN
                                                         Assistant United States Attorney

**[PROPOSED] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Information in the above-captioned matter be unsealed on Tuesday, November 25, 2025.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE ARACELI MARTINEZ-OLGUIN
United States District Court Judge