CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:24-CR-00611-AMO |
|---|---|---|
| Plaintiff, | ) | UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO UNSEAL THE INFORMATION AND [PROPOSED] ORDER |
| v. | ) | |
| YIDA GAO, | ) | |
| Defendant. | ) | |

     The United States, through undersigned counsel, respectfully moves this Court to unseal the Information in the above-captioned matter on Tuesday, November 25, 2025. The Federal Bureau of Investigation has completed its investigation, and therefore, it is no longer necessary for the documents to be sealed.

DATED: November 21, 2025                      Respectfully submitted,

                                                                 CRAIG H. MISSAKIAN
                                                                  United States Attorney

                                                                  /s/ Benjamin K. Kleinman
                                                                  BENJAMIN K. KLEINMAN
                                                                  Assistant United States Attorney

UNSEALING APP. AND [PROPOSED] ORDER
4:24-CR-00611-AMO

~~[PROPOSED]~~ ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Information in the above-captioned matter be unsealed on Tuesday, November 25, 2025.

IT IS SO ORDERED.

DATED:   November 24, 2025

_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Court Judge

UNSEALING APP. AND ~~[PROPOSED]~~ ORDER           2
4:24-CR-00611-AMO