1  Miles Ehrlich (SBN 237954)
   miles@ehrlich-craig.com
2  Emily E. Berry (SBN 248008)
   emily@ehrlich-craig.com
3  Alex Setzephandt (SBN 340207)
   alex@ehrlich-craig.com
4  EHRLICH & CRAIG LLP
   803 Hearst Avenue
5  Berkeley, California 94710
   Telephone: (510) 548-3600
6
7  Attorneys for Defendant Yida Gao

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>vs.<br><br>Yida Gao,<br><br>           Defendant. | Case No.: 4:24-cr-00611 AMO<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

Defendant, Yida Gao, pled guilty in the above-referenced case on January 27, 2025, to one count of Fraud in Connection with Purchase and Sale of Securities in violation of 15 U.S.C. §§ 78j(b), 78ff; 17 C.F.R. § 240.10b-5.

The parties are working together to facilitate Defendant's payment of early restitution, which requires coordination with the Clerk of the Court. To summarize, the parties expect to file a joint stipulation and proposed order to the Court in the coming weeks, which will outline the process to pay restitution to the Clerk of the Court in advance of any Restitution Order (the "Order"). Per the plea agreement, the parties agree that the restitution amount is $1.8 million. The parties therefore request that the Court vacate the currently scheduled hearing for January 26, 2026, and set a status conference on March 2, 2026, at 10:30 a.m., at which

point the parties anticipate that the aforementioned Order will have been issued, and Defendant will have paid the restitution amount in full. The parties further anticipate requesting a sentencing date at that time.

Dated: January 20, 2026

Respectfully submitted,

*/s/ Miles Ehrlich*

MILES EHRLICH
EMILY BERRY
EHRLICH & CRAIG LLP

Counsel for Yida Gao

Dated: January 20, 2026

*/s/ Benjamin K. Kleinman*

MOLLY K. PRIEDMAN
BENJAMIN KLEINMAN

Assistant United States Attorneys

**[PROPOSED] ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Yida Gao's hearing, which is currently set for January 26, 2026, at 10:30 a.m., is vacated and a status conference is set for March 2, 2026, at 10:30 a.m.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge